UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>DEVON COLLINS,<br>*Defendant*. | )<br>)<br>)<br>)<br>) No. 7:24-cr-00890-DCC-03<br>)<br>)<br>) |

**MOTION FOR PRETRIAL RELEASE**

COMES NOW Defendant and would respectfully show the Court as follows:

1. On December 10, 2024, Magistrate Judge Brown ordered Mr. Collins detained pending trial. [Dkt. 146]. The transcript for that hearing has been previously filed. [Dkt. 730].

2. Where the magistrate judge orders detention of a person, "the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly." 18 U.S.C. § 3145(b). In reviewing the order of detention, "the district court acts *de novo* and must make an independent determination of the proper pretrial detention or conditions of release." *United States v. Stewart*, 19 F. App'x 46, 48 (4th Cir. 2001) (citation omitted).

1

3. Prior counsel filed a motion for competency hearing, [dkt. 542], which remains pending.

4. Dr. Maddox, a psychiatrist, has examined Mr. Collins at the jail and believes that he is competent. She did, however, recommend that Mr. Collins receive inpatient drug and mental-health treatment at Morris Village, in Columbia, a facility operated by the South Carolian Department of Behavior Health and Developmental Disabilities that addresses individuals with dual diagnoses. (https://www.scdmh.org/morris-village/patients-visitors/ ).[1] Undersigned counsel understands from his communications with that facility that the inpatient treatment lasts 28 days and that wrap-around services and/or transitional housing is/are available.

5. Counsel has also been advised that the waiting list for entry is 4-5 weeks.

6. Where, as here, a prospective client has a pending court case, undersigned counsel understands that the facility requires judicial confirmation that the client will not be required to leave the facility during the 28-day inpatient-program but that remote participation in proceedings may be permitted.

7. Mr. Collins requests that the Court authorize Mr. Collins' release to the Morris Village program, once bedspace is available.

---

[1] "Patients will not be denied services based on their ability to pay."
https://www.scdmh.org/morris-village/patients-visitors/

Dated: September 16, 2025

                              Respectfully submitted,

                              DEVON COLLINS

                              <u>s/Howard W. Anderson III</u>
                              Howard W. Anderson III
                              D. SC #11456

TRULUCK THOMASON LLC
3 Boyce Ave.
Greenville, SC 29601
howard@truluckthomason.com

## CERTIFICATE OF SERVICE

I, Howard W. Anderson III, certify that I filed a copy of the foregoing paper using the Court's CM/ECF system, which will deliver a copy to all counsel of record except for the following, whom I have this day served by U.S. Mail:

n/a

                              <u>s/Howard W. Anderson III</u>
                              Howard W. Anderson III